UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/17

_Lauvene Yu_
(Full name(s) of the plaintiff or petitioner applying (each person must submit a separate application)

7327

CV   17- CV (~~759~~) (CM)
(Enter case number and initials of assigned judges, if available; if filing this with your complaint, you will not yet have a case number or assigned judges.)

-against-

_City of NYC,_
_Administration for Children Services ACS_
_John Doe_
(Full name(s) of the defendant(s)/respondent(s).)

**AMENDED**
**APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS**

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* ("IFP") (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*   ☐ Yes   ☒ No   (If "No," go to Question 2.)
   I am being held at: _____

   Do you receive any payment from this institution?   ☐ Yes   ☐ No
   Monthly amount: _____

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?   ☐ Yes   ☒ No
   If "yes," my employer's name and address are:

   Gross monthly pay or wages: _____

   If "no," what was your last date of employment?   _10-18-17._

   Gross monthly wages at the time:   _~~unemployment~~ ~1200_

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment   ☐ Yes   ☒ No
   (b) Rent payments, interest, or dividends            ☐ Yes   ☒ No

SDNY Rev: 12/12/2014

(c) Pension, annuity, or life insurance payments ☐ Yes ☒ No
(d) Disability or worker's compensation payments ☐ Yes ☒ No
(e) Gifts or inheritances ☐ Yes ☒ No
(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) ☒ Yes ☐ No
(g) Any other sources ☐ Yes ☒ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

I get $250 - $430 unemployment; times when I make over $430, I don't qualify for Unemployment. I qualified for Unemployment, so I was approved thet I was not fired for misconduct.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

If I wasn't 'fired' for illegitimate terms, I would have employment. As of now, and all the damages I suffer - haven't been able to find equitable employment.

4. How much money do you have in cash or in a checking, savings, or inmate account?

16,794.

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

no.

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

$1000 housing, + utilities   $500 Credit cards, transit, food, misc.
$150 (telephone/internet)

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

I have aging parents, whom I help out when I can - financially. (80 + 90)

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

$4500 - credit card
I have freelance work, as it is unstable, and living off savings at times.

Declaration: I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

10-19-17
Dated

Signature

Yu, Laurene
Name (Last, First, MI)

Prison Identification # (if incarcerated)

80 First Avenue     NYC     NY     10009
Address     City     State     Zip Code

917-592-5885     laurene.yu@gmail.com
Telephone Number     E-mail Address (if available)

IFP Application, page 2

It also takes 30-60 days to get paid at times
+ Living costs expensive + going up in NYC alone. Cannot have a life free from worry + anxiety as cycle of shame + poverty from my experience working in city of NY, →

The emotional stress of being fired from city employment is you are treated like a criminal. People often judge you, when they are. The reason why I took civil service exam + work for government is security, especially in my profession + age.