UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURENE YU,<br><br>      Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK; AND ADMINISTRATION FOR CHILDREN'S SERVICES (ACS); JOHN DOE,<br><br>      Defendants. | 17-CV-7327 (CM)<br><br>ORDER DENYING AMENDED IFP APPLICATION |

COLLEEN McMAHON, Chief United States District Judge:

  Leave to proceed in this Court without prepayment of fees is denied because Plaintiff has sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $400.00 in fees – a $350.00 filing fee and a $50.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed. The Clerk of Court is directed to mail a copy of this order to Plaintiff, and note service on the docket.

SO ORDERED.

Dated: October 19, 2017
     New York, New York

                       _____
                          COLLEEN McMAHON
                        Chief United States District Judge