UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAURENE YU,

                 Plaintiff,

-against-

CITY OF NEW YORK; AND ADMINISTRATION FOR CHILDREN SERVICES (ACS); JOHN DOE,

                 Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/17

17-CV-7327 (RWS)

MEDIATION REFERRAL ORDER FOR PRO SE EMPLOYMENT DISCRIMINATION CASES

ROBERT W. SWEET, United States District Judge:

IT IS ORDERED that this *pro se* case is referred for mediation to the Court's Mediation Program. Local Rule 83.9 and the Mediation Program Procedures shall govern the mediation. Unless otherwise ordered, the mediation will have no effect upon any scheduling order issued by this Court, and all parties are obligated to continue to litigate the case.

IT IS FURTHER ORDERED that the Clerk of Court shall attempt to locate *pro bono* counsel to represent Plaintiff at the mediation. *Pro bono* counsel will contact Plaintiff directly. The time to assign a mediator under Local Rule 83.9 and the Court's Mediation Program Procedures will be deferred until *pro bono* counsel has filed a Notice of Limited Appearance of Pro Bono Counsel. *Pro bono* counsel will represent Plaintiff solely for purposes of the mediation, and that representation will terminate at the conclusion of the mediation process.

IT IS FURTHER ORDERED that any objection by Plaintiff to either the mediation or to the Court's request for *pro bono* counsel to represent Plaintiff in the mediation must be filed within 14 days of this order.

Dated: ~~Click here to enter a date.~~ 11-15-17
New York, New York

                                                                  /s/ 
                                               ROBERT W. SWEET
                                               United States District Judge