UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURENE YU,

            Plaintiff,

    -against-

CITY OF NEW YORK; AND
ADMINISTRATION FOR CHILDREN
SERVICES (ACS); JOHN DOE,

           Defendants.

17-CV-7327 (RWS)

ORDER OF SERVICE

ROBERT W. SWEET, United States District Judge:

    Plaintiff brings this *pro se* action under Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e to 2000e-17, alleging that Defendants discriminated against her on the basis of her race, color, religion, and national origin. Plaintiff also asserts related state-law claims. Plaintiff paid the requisite fees to file this action.

    The Clerk of Court is directed to issue a summons as to Defendants the City of New York and Administration for Children Services (ACS). Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute. Plaintiff also must notify the Court in writing if her address changes, and the Court may dismiss the action if she fails to do so.

SO ORDERED.

Dated: 11-16-17
       New York, New York

                                      ROBERT W. SWEET
                                      United States District Judge

## DEFENDANTS AND SERVICE ADDRESSES

City of New York City
New York City Law Department
100 Church Street
New York, NY 10007

Administration for Children's Services (ACS)
110 William Street, 20th Floor
New York, New York 10038