May 8th 2018

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    RE:    Yu v City of New York, Administration for Children Services; 17:cv-7327 (RWS)
              Request to Extend Deadline, RE: Response to Defendant's Motion to Dismiss the
              Complaint

Dear Judge Sweet:

I am writing to respectfully request an extension of the May 17th 2018 deadline to file my response to Defendant's Motion to Dismiss my Complaint.

I ask that the court grant me an extension of the May 17th 2018 deadline to May 31st 2018. This is my first request for an extension of time on this deadline. There are currently no hearings or deadlines scheduled before the court on this case. I have already obtained the consent to extend the deadline to this date from Miss Elizabeth Robbins, the attorney for the Defendant, via emails exchanged between us on May 7th 2018. I request this short extension of time because as a *pro se* litigant without previous training or experience in the law and need additional time to prepare my response.

I propose that defendant's reply brief be due June 15, 2018.

                                                      Sincerely,

                                                      Laurene Yu, *pro se*

CC: Opposing Counsel (via ECF)