Amended
17cv.7327

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
Yu
    -v.-                           :   Civ.    (RWS)
NYC                                :
----------------------------------X

Please be advised that the conference scheduled
for 5-29-18 has been ~~rescheduled to~~ adjourned.
~~_____~~ ~~in Courtroom 18C~~

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
5-25-18

/s/ Robert W. Sweet
ROBERT W. SWEET
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/18