

**ZACHARY W. CARTER**
*Corporation Counsel*

The City of New York
# Law Department
100 CHURCH STREET
NEW YORK, NY 10007

**ELIZABETH H. ROBINS**
*Assistant Corporation Counsel*
Labor & Employment Law Division
Phone: (212) 356-4389
Fax: (212) 356-2439
Email: erobins@law.nyc.gov
Email and Fax No. Not for Service of Papers

June 7, 2018

**BY ECF**

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street,
New York, New York 10007-1312

      Re:    Laurene Yu v. City of New York, Administration for Children Services,
               17. Civ. 7327 (RWS)

Dear Judge Sweet:

      I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants City of New York and Administration for Children Services ("ACS") in the above-referenced alleged employment discrimination action. Defendants write to request respectfully an extension of one week to submit their reply to the Plaintiff's opposition, from June 15, 2018, to June 22, 2018. Plaintiff pro se does not consent to this request, but offered consent for one extra day to June 16, 2018 (which falls on a Saturday).

      Plaintiff filed her opposition to Defendants' Motion to Dismiss the Complaint on May 29, 2018, with annexed Exhibits A-O. Defendants request this extension to investigate to the extent that Plaintiff's opposition contains additional allegations, and gather relevant information so that we can prepare an appropriate response.

      Thank you for your consideration of this request.

                                    Respectfully submitted,

                                    */s/ Elizabeth H. Robins*
                                    Elizabeth H. Robins
                                    Assistant Corporation Counsel

2

cc: **LAURENE YU**
Plaintiff Pro Se
335 East 14th Street #52
New York, NY 10009
Laurene.yu@gmail.com
(By e-mail and ECF)