

**ZACHARY W. CARTER**
*Corporation Counsel*

The City of New York
**Law Department**
100 CHURCH STREET
NEW YORK, NY 10007

**ELIZABETH H. ROBINS**
*Assistant Corporation Counsel*
Labor & Employment Law Division
Phone: (212) 356-4389
Fax: (212) 356-2439
Email: erobins@law.nyc.gov
Email and Fax No. <u>Not</u> for Service of Papers

June 20, 2018

**BY ECF**

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street,
New York, New York 10007-1312

         Re:    <u>Laurene Yu v. City of New York, Administration for Children Services,</u>
               17. Civ. 7327 (RWS)

Dear Judge Sweet:

      I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants City of New York and Administration for Children Services ("ACS") in the above-referenced alleged employment discrimination action. Defendants' reply papers are to be filed on June 22, 2018.

      Defendants write to request respectfully an extension of the 10-page limit for memorandums in reply indicated in Your Honor's Individual Rules of Practice. Defendants request a two-page extension to twelve pages.

      Due to the multitude of claims brought by Plaintiff Pro Se, Defendants request this extension to in order to adequately respond to Plaintiff's opposition papers. Plaintiff does not consent to this request.

      Thank you for your consideration of this request.

                          Respectfully submitted,

                          */s/ Elizabeth H. Robins*
                          Elizabeth H. Robins
                          Assistant Corporation Counsel

2

cc: **LAURENE YU**
 Plaintiff Pro Se
 335 East 14th Street #52
 New York, NY 10009
 Laurene.yu@gmail.com
 (By e-mail and first class mail)