

ZACHARY W. CARTER
*Corporation Counsel*

The City of New York
Law Department
100 CHURCH STREET
NEW YORK, NY 10007

ELIZABETH H. ROBINS
*Assistant Corporation Counsel*
Labor & Employment Law Division
Phone: (212) 356-4389
Fax: (212) 356-2439
Email: erobins@law.nyc.gov
Email and Fax No. Not for Service of Paper

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/18

June 20, 2018

RECEIVED JUN 20 2018 JUDGE SWEET CHAMBERS

**BY ECF**

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street,
New York, New York 10007-1312

Re: Laurene Yu v. City of New York, Administration for Children Services,
17. Civ. 7327 (RWS)

Dear Judge Sweet:

I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants City of New York and Administration for Children Services ("ACS") in the above-referenced alleged employment discrimination action. Defendants' reply papers are to be filed on June 22, 2018.

Defendants write to request respectfully an extension of the 10-page limit for memorandums in reply indicated in Your Honor's Individual Rules of Practice. Defendants request a two-page extension to twelve pages.

Due to the multitude of claims brought by Plaintiff Pro Se, Defendants request this extension to in order to adequately respond to Plaintiff's opposition papers. Plaintiff does not consent to this request.

Thank you for your consideration of this request.

So ordered
Sweet USDJ
6-20-18

Respectfully submitted,
/s/ *Elizabeth H. Robins*
Elizabeth H. Robins
Assistant Corporation Counsel

cc: **LAURENE YU**
Plaintiff Pro Se
335 East 14th Street #52
New York, NY 10009
Laurene.yu@gmail.com
(By e-mail and first class mail)