USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/21/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE SWEET CHAMBERS

Laurence Yu
_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

MC City of New York ACS
_____
(List the full name(s) of the defendant(s)/respondent(s).)

17 CV 7327

**Motion for Permission for
Electronic Case Filing**

I respectfully ask the Court for permission to participate in electronic case filing
("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at
   http://nysd.uscourts.gov/ecf/ECF%20Rules%20Revision%20031714.pdf, and
   agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on ____6·21·18____.

3. I understand that once I register for e-filing, I will receive notices and documents
   only by e-mail in this case and not by regular mail.

4. I understand that if I am granted permission to participate in e-filing, I must file my
   documents electronically and I may not submit documents to the Pro Se Intake Unit
   for scanning and docketing.

5. I understand how to convert a document to PDF-A format.

6. I have regular access to the technical requirements necessary to e-file successfully:

   ☑ a computer with internet access and a word processor

   type of computer I will be using: ____MAC /PC____

   type of word processor I will be using: _____

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-26-18

SDNY Rev: 10/6/14

Sworn + USDJ
6·25·18

☑ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

☑ a scanner to convert documents that are only in paper format into electronic files

scanning equipment I will be using: _____

☑ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

version of Adobe Acrobat or other PDF reader and writer that I will be using:

_____

☑ a printer or copier to create required paper copies such as chambers copies.

7. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

8. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

6 21-18
Dated

_____
Signature

Yu, Laurene
Name (Last, First, MI)

335 E 14th #52, NYC NY 10009
Address                    City        State   Zip Code

9175925089
Telephone Number

Laurene.yu @ gmail.com
E-mail Address

2

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

AWARDED TO

# LAURENE YU

For Completing CM/ECF POC and Introduction Class

Awarded this 21st day of June, 2018

Presenter Name and Title