UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURENE YU,

        Plaintiff,

  -against-

CITY OF NEW YORK, et al.,

        Defendants.



17-CV-7327 (AJN) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    In light of the ongoing national public health emergency, the initial case management conference scheduled for **April 1, 2020, at 11:00 a.m.**, will be conducted telephonically. At that time, the parties shall call into the below teleconference:

    Call in number:    888-557-8511
    Access Code:    7746387

    The Clerk of Court is respectfully directed to mail a copy of this Order to the plaintiff.

Dated:  New York, New York
        March 19, 2020

                                      **SO ORDERED**.

                                      **BARBARA MOSES**
                                      **United States Magistrate Judge**