UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



LAURENE YU,

      Plaintiff,

-against-

CITY OF NEW YORK, et al.,

      Defendants.

17-CV-7327 (AJN) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's conference, it is hereby ORDERED that:

1. No later than **April 15, 2020**, plaintiff shall make a settlement demand, in writing, to defendants. Plaintiff shall *not* file her demand on ECF.

2. No later than **May 6, 2020**, defendants shall respond to plaintiff's demand in writing, including a counteroffer if they do not accept plaintiff's demand. Defendants shall *not* file their response on ECF.

3. No later than **May 20, 2020**, the parties shall conduct a good faith settlement discussion in real time (*i.e.*, by telephone or video conference).

4. No later than **June 1, 2020**, the parties shall file a joint letter on ECF confirming that they complied with ¶¶ 1-3 and – without revealing the details of their settlement positions – updating the Court on the status and prospects of their settlement efforts.

5. In the event the case has not been settled, plaintiff shall file her Amended Complaint, in accordance with *Yu v. City of New York*, No. 18-3838 (2d Cir. Feb. 3, 2020), no later than **June 1, 2020**. Plaintiff is reminded that her Amended Complaint will replace (not supplement) her original Complaint; that is, it must stand on its own. In her Amended Complaint, plaintiff may not rely on labels or legal conclusions; rather, she must set out the *facts* that support each of her remaining claims against each defendant.

Dated: New York, New York
      April 1, 2020           **SO ORDERED**.

                                        **BARBARA MOSES**
                                        **United States Magistrate Judge**