Date: August 15, 2020

<u>BY ECF</u>
Honorable Alison J. Nathan
Magistrate Barbara Moses
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

        Re: Yu v. City of New York, Administration for Children Services
        Employment Discrimination Case: 17-CV-7327 (AJN)(BCM)

Dear Judge Nathan and Magistrate Moses:

    In satisfying the new Court's Orders by Judge Nathan, I have filed a Second Amended Complaint, with the help of NYLAG. With respect to Second Court's Orders and Magistrate Moses Orders, and looking at Court resources, I have included very short and specific facts in outline format to make it plain for Judge Nathan and the Court and for Defendants to Answer. However, with the Defendants' continued gamesmanship, they choose to avoid both mandatory SDNY Mediation and Discovery which is viable in avoiding this systemic game. At Mediation, I will also have better access to a pro bono attorney which can bring me to better par with the clusters of City Attorneys.

    I will be following up with an Opposition to Dismiss to follow the Rules of Federal Practice to please the Court as well.

    I thank the Court's time.

    Respectfully submitted,

                                                                                        Laurene Yu
                                                                       335 East 14, #52
                                                                 New York, NY 10009
                                                                      (917)592-5889
                                                                  laurene.yu@gmail.com
                                                                        pro see appellant