Date:   09/11/2020

Hon. Judge Alison J. Nathan
U.S. District Court

    Re: *Yu v. City of New York et al*, 17-cv- 3217

Dear Judge Nathan/Magistrate Moses:

    I would like to ask for permission to leave the court and respond to Defendant's Reply Memorandum of law in support of motion to dismiss Plaintiff's Second Amended Complaint. I respectfully propose a due of 9/18/2020 to file my sur-reply memorandum of law because as a pro se litigant, I need this time to prepare my response with the assistance of Pro Se Clinic.

    The reason why I would like to respond to Defendant's Reply Memorandum of Law is that Defendants focus heavily in that document on arguments about Collateral Estoppel that they did not previously discuss in detail. In addition, I would like to address their refusal to acknowledge factual allegations in my most recent complaint supporting my claims of discrimination on the grounds of race, color, and national origin; retaliation and hostile work environment.

    I have conferred with opposing counsel about this request. Opposing counsel has stated they have "no position" on this matter but said they would respond. I thank the Court in advance for its consideration.

    In the alternative, if no reply is granted, I ask the Court Dismiss the Defendants' Reply Memorandum of Law in further support of Defendants' Motion to Dismiss the Second Amended Complaint, Friday, September 4, Doc 73 since they did not ask permission from me nor the Court before proceeding.

Respectfully submitted,

_____

Laurene Yu, *Pro se* Plaintiff.