Date:   09/14/2020

By ECF
Honorable Alison J. Nathan
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re: *Yu v. City of New York et al*, 17-cv-7327
      REPLY TO Defendants' Response to September 14, 2020 Letter to the Court, Docket 77

Dear Judge Nathan/Magistrate Moses:

    In reiteration, if no extension is granted for me to leave the court and respond to Defendant's Reply Memorandum of Law in Support of Motion to Dismiss Plaintiff's Second Amended Complaint, I ask the Court to <u>Dismiss the Defendants' Reply Memorandum of Law in further support of Defendants' Motion to Dismiss the Second Amended Complaint, Friday, September 4, Doc 73.</u>  Defendants failed to ask permission from me, nor the Court, before providing leave of excess pages and and extension of time that was already addressed in Defendants' Docket 66 & 67.

    Thank-you for consideration.

    Respectfully submitted,


    _____

    Laurene Yu, *Pro se* Plaintiff.