

| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | KIMBERLY E. WILKENS<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-4083<br>kwilkens@law.nyc.gov |
|---|---|---|

September 23, 2020

By ECF
Honorable Alison J. Nathan
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      **Re:**    <u>**Laurene Yu v. City of New York, et al.**</u>
                **17 Cv. 7327 (AJN)(BCM)**
                *Defendants' Request to Respond to Plaintiff's Sur-Opposition*

Your Honor:

      I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, assigned to represent the City of New York and Administration for Children Services ("ACS") (collectively, "Defendants") in the above-captioned matter.

      The Defendants respectfully submit this letter seeking the Court's permission to file a sur-reply on Monday, September 28, 2020 in response to Plaintiff's September 18, 2020 sur-opposition filing (dkt. no. 80).  The Defendants make this request as we are collecting information and material responsive to an allegation that Plaintiff raised in her sur-opposition, so that the record can be complete.

      Plaintiff's position on the above request was sought via e-mail and she opposed.

      The Defendants thank the Court for considering this submission.

                                    Respectfully submitted,

                                    /s/ *Kimberly E. Wilkens*

                                    Kimberly E. Wilkens

cc:  Laurene Yu, Plaintiff *pro se* (via PACER and e-mail)