```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yu,

           Plaintiff,

–v–

City of New York, *et al*,

           Defendants.

17-cv-7327 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Defendant's Letter Request for a sur-reply is granted. No additional filings will be permitted on Defendants' Motion to Dismiss the Second Amended Complaint filed on July 31, 2020. The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff and note that mailing on the docket.

    SO ORDERED.

Dated: September 24, 2020
       New York, New York

                                            ALISON J. NATHAN
                                        United States District Judge