**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Yu,

                Plaintiff,

-against-                    17 **CIVIL** 7327 (AJN)

**JUDGMENT**

City of New York, et al.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 19, 2021, Defendants' motion to dismiss is GRANTED. Plaintiff's Title VII claims are dismissed with prejudice and Plaintiff's NYSHRL and NYCHRL claims are dismissed without prejudice to re filing in state court. The Court finds pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 445 (1962); accordingly, this case is closed.

**Dated:** New York, New York

      March 19, 2021

                                                **RUBY J. KRAJICK**
                                                _____
                                                **Clerk of Court**
                           **BY:**     K. Mango
                                                 _____
                                                 **Deputy Clerk**