# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Laurene Yu
_____

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

17 CV 7327 (AJN)(   )

-against-

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

City of New York,
Administration for Children Services (ACS)
(List the full name(s) of the defendant(s)/respondent(s).)

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on  4/18/2021  but did not file a notice of appeal within the required time period because:

1.) Due to my illness + symptoms as per pandemic of Covid-19, I have been debilitated.
2.) Due to serious illness of my immediate family member.
3.) Due to the trauma, +anxiety from the enormous rise in Anti-Asian Hate crimes in NYC, it has affected my mental health. - and I can not make additional legal arguments.
4.) ~~Due to the issue~~    (see attached)

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

4.18.2021
Dated:

Signature

Laurene Yu
Name (Last, First, MI)

335 East 14th #52, NYC     NY     10009
Address                  City    State    Zip Code

917-592-5885
Telephone Number

laurene.yu@gmail.com
E-mail Address (if available)

Rev. 3/27/15

Laurene Yu
Vs
City of New York,
Administration for Children Services

                              17_CV 7327

MOTION FOR EXTENSION
OF TIME TO FILE NOTICE
OF APPEAL

1. Due to my illness and symptoms as per pandemic of Covid-19, I have been debilitated during this time.

2. Due to serious illness of my immediate family member during this time.

3. The enormous rise in Anti-Asian Hate crimes in NYC, and around the world has affected my mental health, and I can not make any additional legal arguments due to the trauma, fear and anxiety.