

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**KIMBERLY E. WILKENS**
*Assistant Corporation Counsel*
Phone: (212) 356-4083
kwilkens@law.nyc.gov

April 20, 2021

By ECF
Honorable Alison J. Nathan
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

  **Re:**  **Laurene Yu v. City of New York , et al.**
     **17 Cv. 7327 (AJN)(BCM)**
     *Defendants' Response to Plaintiff's Motion for an Extension of Time to File a Late Notice of Appeal*

Your Honor:

  I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, assigned to represent the City of New York and Administration for Children Services ("ACS") (collectively, "Defendants") in the above-captioned matter.

  The Defendants respectfully submit this letter in response to Plaintiff's request for an extension of time to file a late notice of appeal. ECF Dkt. No. 86. The Defendants object to this request pursuant to the Court's Order, which granted Defendants' motion to dismiss, and held "pursuant to 28 U.S.C 1915(a)(3) … any appeal …would <u>not</u> be taken in good faith." ECF Dkt. No. 85(emphasis added)(citation omitted).

  The Defendants thank the Court for considering this submission.

              Respectfully submitted,

              */s/ Kimberly E. Wilkens*

              Kimberly E. Wilkens

cc: Laurene Yu, Plaintiff *pro se* (via PACER and e-mail)