UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2021

Yu,

          Plaintiff,

–v–

City of New York, *et al.*,

          Defendants.

17-cv-7327 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court has received Plaintiff's request for an extension of time to file her notice of appeal. Plaintiff's request is GRANTED. Plaintiff has until May 14, 2021 to file.

SO ORDERED.

Dated: April 20, 2021
       New York, New York

                                          ALISON J. NATHAN
                                       United States District Judge