```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yu,

            Plaintiff,

–v–

City of New York, *et al.*,

            Defendants.

17-cv-07327 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received Plaintiff's Motion for Leave to Appeal *in forma pauperis*. Dkt. No. 90. Under 28 U.S.C. § 1915(a)(3), "an appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." In the Court's Memorandum Opinion & Order granting Defendants' motion to dismiss, the Court found under *Coppedge v. United States*, 369 U.S. 438, 445 (1962), that "pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith." Dkt. No. 84. Plaintiff's motion is therefore DENIED.

    SO ORDERED.

Dated: May 11, 2021
       New York, New York

                                            _____
                                              ALISON J. NATHAN
                                            United States District Judge