

**Littler Mendelson, P.C.**
290 Broadhollow Road
Suite 305
Melville, NY  11747

Kimberly Wilkens
631.247.4755 direct
631.247.4700 main
631.719.7862 fax
kwilkens@littler.com

April 1, 2022

**VIA ECF**

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Yu, Laurene v. City of New York, et al.
         17-cv-07327

Dear Judge Nathan:

Please withdraw and terminate my appearance on behalf of defendant, The City of New York in the above referenced action.  I am no longer employed by the City of New York and will no longer be representing defendant.

Thank you for your attention to this matter.

Sincerely,

/s/ Kimberly Wilkens

Kimberly Wilkens

KW/mjr

4859-4304-2072.1 / 999991-1632

**SO ORDERED**

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
4/4/22

Sitting by designation

littler.com